UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TALAMA LEWIS                                                     CIVIL ACTION

VERSUS                                                           NO. 14-538

BOBBY JINDAL, ET AL.                                             SECTION: "C"(1)

### O R D E R

  The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

  **IT IS ORDERED** that plaintiff's "Motion for Certification of the Class," Rec. Doc. 5, is **DENIED**.

  **IT IS FURTHER ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous.

  New Orleans, Louisiana, this 29 day of April, 2014.

                        _____
                         UNITED STATES DISTRICT JUDGE